```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**BARRY HOYT**                                                    **PLAINTIFF**

        v.        Civil No. 06-5169

**BENTON COUNTY PUBLIC DEFENDER'S OFFICE; JAY SAXTON**, Public Defender; and **RICHARD MILLER**, Public Defender     **DEFENDANTS**

## O R D E R

Now on this 14th day of December, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), and plaintiff's response thereto (document #6). Plaintiff's response is not in the nature of an objection, but rather a concession that his claim should be dismissed, albeit for a different reason than that recommended in the Report And Recommendation.

The Court, having carefully reviewed the Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**